**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

YUNIER FONSECA FUENTES
#A241-688-510

CIVIL ACTION NO. 3:26-2717 SEC P

VERSUS

JUDGE S. MAURICE HICKS, JR.

FIELD OFFICE DIRECTOR

MAGISTRATE JUDGE WHITEHURST

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Rec. Doc. 5), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus (Rec. Doc. 1) is **DISMISSED WITHOUT PREJUDICE** to Petitioner's right to file a new petition should his post-removal-order detention become prolonged or otherwise unlawful.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 30th day of September, 2026.

S. Maurice Hicks, Jr.
United States District Judge